157 So. 917

**Grady FENN v. STATE.**

4 Div. 79.

Court of Appeals of Alabama.

Nov. 13, 1934.

SAMFORD, Judge.

Affirmed.

161 So. 917

**Vernon FITTS et al. v. T. R. WALTON.**

7 Div. 119.

Court of Appeals of Alabama.

June 4, 1935.

SAMFORD, Judge.

Affirmed.

159 So. 915

**Stella FLOYD v. CITY OF HUNTSVILLE.**

8 Div. 64.

Court of Appeals of Alabama.

Feb. 19, 1935.

SAMFORD, Judge.

Affirmed.

161 So. 917

**Huston FORD v. CITY OF HUNTSVILLE.**

8 Div. 133.

Court of Appeals of Alabama.

May 16, 1935.

PER CURIAM.

Appeal dismissed for want of prosecution.

161 So. 917

**Charley FORD v. STATE.**

6 Div. 724.

Court of Appeals of Alabama.

April 30, 1935.

SAMFORD, Judge.

Appeal dismissed.

154 So. 921

**Ray FORREST v. STATE.**

6 Div. 557.

Court of Appeals of Alabama.

May 8, 1934.

SAMFORD, Judge.

Affirmed.

157 So. 918

**Mack Richard FORTUNE v. STATE.**

4 Div. 117.

Court of Appeals of Alabama.

Nov. 13, 1934.

SAMFORD, Judge.

Affirmed.

154 So. 921

**Tom FOUNTAIN v. STATE.**

1 Div. 149.

Court of Appeals of Alabama.

April 17, 1934.

BRICKEN, Presiding Judge.

Appeal dismissed by appellant.